**KAZEROUNI LAW GROUP, APC**
Yana A. Hart (SBN: 306499)
yana@kazlg.com
Alan Gudino (SBN: 326738)
alan@kazlg.com
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone:   (619) 233-7770
Facsimile:    (800) 520-5523

Attorneys for Plaintiff
DEBORAH PEREZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH PEREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>PACE FUNDING GROUP, LLC, et al.,<br><br>  Defendants. | Case No. 4:20-cv-04132-SBA (DMR)<br><br>**JOINT NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that plaintiff Deborah Perez has settled her claims against defendants Renew Financial Group, LLC and Renew Financial Holdings, Inc. ("Renew").  The parties expect to file a request for dismissal of this action in its entirety with prejudice within 60 days.  The parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 25, 2021 to file a request for dismissal.

///
///
///
///
///

Dated: February 2, 2021

**KAZEROUNI LAW GROUP, APC**

By  s/ Yana A. Hart
　　YANA A. HART
　　ALAN GUDINO

　　Attorney for Plaintiff
　　DEBORAH PEREZ

Dated: February 2, 2021

**SEVERSON & WERSON**

By  s/ Bernard J. Kornberg
　　BERNARD J. KORNBERG

　　Attorney for Defendants
　　RENEW FINANCIAL GROUP, LLC and
　　RENEW FINANCIAL HOLDINGS, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Renew, and that he has authorized me to affix his electronic signature to this document.

Dated: February 2, 2021

**KAZEROUNI LAW GROUP, APC**

By  s/ Yana A. Hart
    YANA A. HART

    Attorney for Plaintiff
    DEBORAH PEREZ